**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-2110**

JERMALL BROWN,

Plaintiff - Appellant,

v.

BOCSE MCGUIRE, ESQ.; MARTIN / ADMINISTRATIVE AGENCY; MAGISTRATE SUMLIN; JUDGE RUBIN; JUDGE PHILIP JACKSON; JUDGE KENDRA AUSBY; JUDGE J. SCHIFFER; JUDGE MIDDLETON; SPECIAL COUNSEL KIM TAM; JUDGE WILLIAMS.; JUDGE MICHAEL DIPIETRO; JUDGE TANNER; CHAUTAUQUA D. HOOKER,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Lydia Kay Griggsby, District Judge.  (1:23-cv-01317-LKG)

Submitted:  January 30, 2024                           Decided:  February 2, 2024

Before KING, AGEE, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jermall Brown, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jermall Brown appeals the district court's order dismissing his civil complaint under 28 U.S.C. § 1915(e)(2)(B) without prejudice.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Brown v. BOCSE McGuire, Esq.*, No. 1:23-cv-01317-LKG (D. Md. Sept. 27, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The district court's dismissal without prejudice is a final order because the district court dismissed the complaint "without granting leave to amend." *Britt v. DeJoy*, 45 F.4th 790, 791 (4th Cir. 2022) (en banc) (published order).